# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO MANUEL ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. CATES, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00373-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 11) |

Plaintiff Santiago Manuel Zamora is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 7, 2023, the Court screened Plaintiff's complaint, found that he stated a cognizable retaliation claim against Defendant Rodriguez, and granted Plaintiff thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the retlation claim. (ECF No. 11.) Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **May 17, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1