UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO MANUEL ZAMORA,<br><br>Plaintiff,<br><br>v.<br><br>B. CATES, et al.,<br><br>Defendants. | No. 1:23-cv-00373-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 14) |

Plaintiff Santiago Manuel Zamora ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that this action be dismissed, without leave to amend, for Plaintiff's failure to prosecute and failure to comply with a court order.  (ECF No. 14.)  Plaintiff was afforded fourteen days within which to file any objections.  (*Id.* at 14.)  Plaintiff did not file objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 12, 2023, (ECF No. 14), are ADOPTED in full; and

2. This action is DISMISSED without leave to amend for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: July 13, 2023

_____
UNITED STATES DISTRICT JUDGE